UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-02414-SVW-AJW | Date | January 4, 2012 |
|---|---|---|---|
| Title | David Tickle v. Perry Santos et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

   The Court, on December 12, 2011, issued it's **third** order to show cause why this action should not be dismissed for lack of prosecution. To date, plaintiff has filed three similar deficient Request for Default Judgment, thereby failing to respond to the Court's order. Therefore, the matter is dismissed.

|  | : |
|---|---|
| Initials of Preparer | KTI |